## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In Re:                                          :

                                                          Case No. 20-00841-HWV

CRAIG BRADLEY DEIMLER and          :
WILLIAM OLIVER FISHER-DEIMLER,          Chapter 13

                                                :

                    Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SECRETARY OF LABOR,                    :

                                                          Case No. 20-00841-HWV

                    Movant,                    :

                                                          Chapter 13

          v.                                        :

CRAIG BRADLEY DEIMLER and          :
WILLIAM OLIVER FISHER-DEIMLER,

                                                :

                    Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>ORDER</u>

The parties, Debtors, Craig Bradley Deimler and William Oliver Fisher-Deimler

("Debtors"), and the Secretary of Labor, United States Department of Labor ("Secretary"), have

agreed to a stipulation as to the Secretary's claim, to which the Trustee does not object. Based

on the averments in the stipulation, the parties' stipulation is APPROVED.